UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

**CIVIL ACTION NO. 22-4-DLB**

**JOSE ANGEL TORRES-GUARDADO**                                                                 **PETITIONER**

**v.**                                              **JUDGMENT**

**WARDEN, USP-Big Sandy,**                                                                      **RESPONDENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. # 1) is **DISMISSED** for lack of subject-matter jurisdiction; and

(2) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 31st day of January, 2022.



Signed By:
*David L. Bunning*  DB
United States District Judge

K:\DATA\ORDERS\PSO Orders\7-22-004 Judgment.docx